# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2006

129610

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

AUBREY BYRON WEBB,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129610
COA: 248962
Saginaw CC: 02-022306-FH

On order of the Court, the application for leave to appeal the August 9, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would reinstate the trial court's vacation of the CCW conviction and remand this case for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006

_____
Clerk

s0322